IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Edward L. Spence, | ) | C/A No.: 3:15-138-SB-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Abandoned Wreckage, located within a 5 nautical miles radius centered at 27º15' North latitude and a 79º09' West longitude, | ) ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

This in rem action is before the court upon the verified complaint in admiralty [ECF No. 1] of Edward L. Spence ("Plaintiff"), who seeks title to abandoned wreckage, located inside an area within a five nautical miles radius centered at 27º15' North latitude and a 79º09' West longitude, including but not limited to hull material, engines, tackle, apparel, appurtenances, ballast, cargo and passengers' possessions, but excluding the wreckage of any vessels owned by the United States, its individual States, and/or any foreign government ("Abandoned Wreckage").

The court has reviewed Plaintiff's verified complaint in accordance with the requirements of Fed. R. Civ. P. C(3). Plaintiff appears set forth a *prima facie* showing that an action *in rem* exists and that artifacts recovered from the Abandoned Wreckage are, or will shortly be, within this District, which supports the issuance of an arrest warrant for the Abandoned Wreckage.

The court therefore orders the Clerk of Court issue an arrest warrant for the Abandoned Wreckage and to deliver the warrant, together with other appropriate process, to the United States Marshal for execution.

The United States Marshal is directed to execute the arrest warrant against defendant Abandoned Wreckage.

IT IS SO ORDERED.

February 11, 2015　　　　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　　　　　United States Magistrate Judge